UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* AIDAN FORSYTH,<br><br>*Plaintiff*,<br>v.<br><br>THE HERB CHAMBERS COMPANIES, et al.,<br><br>*Defendants*. | No. 24-CV-11177-PBS |

**UNITED STATES' NOTICE OF INTERVENTION
FOR PURPOSES OF SETTLEMENT**

Pursuant to 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in this action solely for the purposes of settlement with the defendants.

The parties in this action, including the United States, the relator, and HCC, have executed a settlement agreement effective April 9, 2025 (the "Settlement Agreement"), which resolves this False Claims Act action. The United States and the relator will promptly file a Joint Notice of Stipulation of Dismissal after HCC has made payment pursuant to the terms of the Settlement Agreement.

In accordance with the Court's Order on April 1, 2025, upon the filing of this Notice of Intervention, the case is unsealed, and the government requests that the relator's Complaint, this Notice of Intervention, and all future filings be made available on the public docket.

                                              Respectfully submitted,

                                              LEAH B. FOLEY
                                              United States Attorney

Dated: April 9, 2025                  By:    */s/ Charles B. Weinograd*
                                                      Charles B. Weinograd
                                                        Alexandra Brazier
                                                        Assistant United States Attorneys
                                                        United States Attorney's Office
                                                        1 Courthouse Way, Suite 9200
                                                        Boston, MA 02210
                                                        (617) 748-3100
                                                        Charles.Weinograd@usdoj.gov
                                                        Alexandra.Brazier@usdoj.gov

### CERTIFICATE OF SERVICE

    I, Charles B. Weinograd, Assistant United States Attorney, hereby certify that I caused a copy of the foregoing document to be served by e-mail on the following counsel:

                                                        Christine M. Kingston
                                                        Nystrom Beckman Paris LLP
                                                        One Marina Park Drive, 15th Floor
                                                        Boston, MA 02210
                                                        (617) 778-9100
                                                        ckingston@nbparis.com

                                                        Eric H. Jaso
                                                        363 Bloomfield Avenue, Second Floor
                                                        Montclair, NJ 07074
                                                        (973) 232-0881
                                                        ejaso@spiroharrison.com

Dated: April 9, 2025                  By:    */s/ Charles B. Weinograd*
                                                        Charles B. Weinograd
                                                        Assistant United States Attorney